**In the United States District Court
for the District of Kansas**

———————

Case No. 2:21-cv-02038

———————

KAYLA JOHNSON,

*Plaintiff*

v.

U.S. BANK NATIONAL ASSOCIATION,

*Defendant*

———————

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS DATE, based on the Stipulation of Dismissal (Doc. 17) filed by the parties, this matter is hereby dismissed with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees, including attorney's fees.

**IT IS SO ORDERED.**

Date:  September 24, 2021        s/ Toby Crouse

                                                  Toby Crouse
                                                United States District Judge